# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alyssa Broome, | No. CV-20-02390-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| CarsArrive Network Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 102), filed on November 17, 2022,

**IT IS ORDERED** approving the Stipulation (Doc. 102) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 17th day of November, 2022.

_____
Honorable Diane J. Humetewa
United States District Judge